## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | * |
| | * |
| | *   Case No.  21-52584-sms |
| JAIME A. IBARRA | * |
| | *   Chapter  7 |
| Debtor. | * |
| | * |

## AMENDMENT TO SCHEDULES, SUMMARIES, STATEMENT OF INTENTION, AND MAILING MATRIX

COMES NOW **Jaime A. Ibarra** ("Debtor"), by and through undersigned counsel, and files this "Amendment to Schedules, Summaries, Statement of Intention, and Mailing Matrix" showing to this Honorable Court the following:

### AMENDMENT TO SCHEDULES

**<u>Schedules A/B & C</u>** - Debtor amends his Schedules A/B and C by substituting the attached in lieu thereof, to add a lien onto his vehicle and to exempt the equity in same.

**<u>Schedule D</u>** - Debtor amends his Schedule D by substituting the attached in lieu thereof. The secured creditor for Debtor's vehicle (The Credit Union Loan Source) is being added as it was inadvertently and mistakenly left out of the schedule.

**<u>Schedule J</u>** - Debtor amends his Schedule J by substituting the attached in lieu thereof. The monthly payment of $301.76 for Debtor's vehicle has been added.

### AMENDMENT TO SUMMARY OF SCHEDULES  AND STATISTICAL SUMMARY

Debtor amends his Summary of Assets and Liabilities and Certain Statistical Information by substituting the attached in lieu thereof.

### STATEMENT OF INTENTION

Debtor amends his Statement of Intention by substituting the attached in lieu thereof.  He intends to keep his vehicle and enter into a reaffirmation agreement with the creditor.

## MAILING MATRIX

Debtor amends his Mailing Matrix by adding his car creditor, The Credit Union Loan Source.

**WHEREFORE,** Debtor prays that this "Amendment to Schedules, Summaries, Statement of Intention, and Mailing Matrix" be filed, read, considered and granted; and that this Honorable Court will grant such other and further relief as it may deem just and proper.

Dated:  April 29, 2021

Respectfully submitted,

/s/  Patricia Lyda Williams
PATRICIA LYDA WILLIAMS
Attorney for the Debtor
Georgia Bar No. 763510
patty.williamslaw@gmail.com

THE WILLIAMS LAW OFFICE LLC
3675 Crestwood Parkway, Suite 400
Duluth, GA  30096-5054
Phone: (770) 827-6515
Fax: (866) 370-4434

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Jaime | A. | Ibarra |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Northern District of Georgia

Case number _____ 21-52584

☑ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1  **4 BR, 3 BA, 2,957 sq. ft., Built 2019**
Street address, if available, or other description

**233 Augusta Walk**

**Canton, GA 30114-7553**
City                State        ZIP Code

**Cherokee**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Monthly pymt: $1,709.75

**Source of Value:**
realtor.com

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $323,000.00 | $161,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**JTWROS**

☐ **Check if this is community property**
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................  →  $161,500.00

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | | Case number (if known) 21-52584 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1 Make: **Kia**

Model: **Forte**

Year: **2015**

Approximate mileage: **125,000**

Other information:

> Bought on 6/10/2016; Mnthly pymt $301.76

Who has an interest in the property? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $9,425.00 | $9,425.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................... → $9,425.00

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........

> Stove, fridge, dishwasher, washer/dryer, microwave, cookware, dinnerware, utensils, BR, LR, and DR furniture, lawnmower, yard tools, household tools

$3,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........

> Old stereo, TV, cell phone

$300.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* **21-52584** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

9. **Equipment for sports and hobbies**

   *Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe........

   _____

10. **Firearms**

    *Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........

    _____

11. **Clothes**

    *Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........   Clothing and accessories

    $150.00

12. **Jewelry**

    *Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe........

    _____

13. **Non-farm animals**

    *Examples:*   Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe........

    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........

    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................➔   | **$3,450.00** |

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*   Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes..................................................................................................   Cash..............

    _____

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* **21-52584** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

| | Institution name | Amount |
|---|---|---|
| 17.1. Checking account: | **Chase Bank, Acc't # xxxx5600** | **$367.13** |
| 17.2. Checking account: | **Wells Fargo Bank, Acc't # xxxx8899** | **$216.11** |
| 17.3. Savings account: | | |
| 17.4. Savings account: | | |
| 17.5. Certificates of deposit: | | |
| 17.6. Other financial account: | | |
| 17.7. Other financial account: | | |
| 17.8. Other financial account: | | |
| 17.9. Other financial account: | | |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

Institution or issuer name:

_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

Name of entity:                          % of ownership:

_____

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* **21-52584** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them...................

Issuer name:

_____          _____

21. **Retirement or pension accounts**

*Examples:*    Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account
   separately.

Type of account:              Institution name:

401(k) or similar plan:    **Siemens Industry Inc.**_____          **$24,338.55**

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...................

                           Institution name or individual:

Electric:                _____          _____

Gas:                     _____          _____

Heating oil:             _____          _____

Security deposit on rental unit:  _____          _____

Prepaid rent:            _____          _____

Telephone:               _____          _____

Water:                   _____          _____

Rented furniture:        _____          _____

Other:                   _____          _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...................

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* **21-52584** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Issuer name and description:

_____   _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____   _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
professional licenses

☑ No
☐ Yes. Give specific
information about them....

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about
them, including whether you
already filed the returns and the
tax years......................

| 2020 | 2020 Estimated refund | Federal: | **$1,341.00** |
|---|---|---|
| | State: | |
| | Local: | |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* **21-52584** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

☑ No
☐ Yes.  Give specific information..........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..........   _____

31. **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value....

Company name: _____    Beneficiary: _____    Surrender or refund value: _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information.........   _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim................   _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................   _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........   _____

| Debtor 1 | Jaime | A. | Ibarra | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................................................. ➔    $26,262.79

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe........  _____    _____

39. **Office equipment, furnishings, and supplies**

*Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe........  _____    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........  _____    _____

41. **Inventory**

☑ No
☐ Yes. Describe........  _____    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity:                                      % of ownership:

_____      _____%      _____

43. **Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☑ No
   ☐ Yes. Describe........  _____    _____

---

| Debtor 1 | Jaime | A. | Ibarra | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**44.** **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information.........

_____    _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here........................................................................................➔

$0.00

---

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47.** **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes..........................          _____

**48.** **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information.............          _____

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes..........................          _____

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes..........................          _____

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information.............          _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here........................................................................................➔

$0.00

---

| Debtor 1 | Jaime | A. | Ibarra | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:*  Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
    information............

    _____

    _____

    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**...................➔

    | $0.00 |
    |---|

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**............................................................................➔

    | $161,500.00 |
    |---|

56. **Part 2: Total vehicles, line 5**                               $9,425.00

57. **Part 3: Total personal and household items, line 15**        $3,450.00

58. **Part 4: Total financial assets, line 36**                     $26,262.79

59. **Part 5: Total business-related property, line 45**            $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**         +  $0.00

62. **Total personal property.** Add lines 56 through 61..............  $39,137.79    Copy personal property total ➔  + $39,137.79

63. **Total of all property on Schedule A/B.** Add line 55 + line 62...............................................

    | $200,637.79 |
    |---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jaime** | **A.** | **Ibarra** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Georgia** | |
| Case number (if known) | **21-52584** | | |

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>4 BR, 3 BA, 2,957 sq. ft., Built 2019<br>233 Augusta Walk Canton, GA 30114-7553<br><br>Line from<br>*Schedule A/B:*    1.1 | $161,500.00 | ☑ ___$21,500.00___<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(1) |
| Brief description:<br>2015 Kia Forte<br>Bought on 6/10/2016; Mnthly pymt $301.76<br><br>Line from<br>*Schedule A/B:*    3.1 | $9,425.00 | ☑ ___$4,291.13___<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>Stove, fridge, dishwasher, washer/dryer, microwave, cookware, dinnerware, utensils, BR, LR, and DR furniture, lawnmower, yard tools, household tools<br><br>Line from *Schedule A/B*: ___6___ | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(4) |
| **Brief description:**<br>Old stereo, TV, cell phone<br><br>Line from *Schedule A/B*: ___7___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(4) |
| **Brief description:**<br>Clothing and accessories<br><br>Line from *Schedule A/B*: ___11___ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(4) |
| **Brief description:**<br>Chase Bank, Acc't # xxxx5600<br>Checking account<br><br>Line from *Schedule A/B*: ___17___ | $367.13 | ☑ $367.13<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(6) |
| **Brief description:**<br>Wells Fargo Bank, Acc't # xxxx8899<br>Checking account<br><br>Line from *Schedule A/B*: ___17___ | $216.11 | ☑ $216.11<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(6) |
| **Brief description:**<br>Siemens Industry Inc.<br><br>Line from *Schedule A/B*: ___21___ | $24,338.55 | ☑ $24,338.55<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(2.1) |
| **Brief description:**<br>2020 Estimated refund<br>Federal tax<br><br>Line from *Schedule A/B*: ___28___ | $1,341.00 | ☑ $1,341.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100(a)(6) |

Fill in this information to identify your case:

Debtor 1 __Jaime__ __A.__ __Ibarra__
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number __21-52584__
(if known)

☑ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Citizens One Home Loans
Creditor's Name

Attn: Bankruptcy Dept.

P. O. Box 6260
Number    Street

Glen Allen, VA 23058-6260
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 02/13/2020

| | Column A | Column B | Column C |
|---|---|---|---|
| | $299,383.67 | $161,500.00 | $137,883.67 |

**Describe the property that secures the claim:**
4 BR, 3 BA, 2,957 sq. ft., Built 2019
233 Augusta Walk Canton, GA 30114-7553

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 3  1  3  9

**Remarks:** HOA - Towne Mill Community Association. Annual Dues: $770

| Add the dollar value of your entries in Column A on this page. Write that number here: | $299,383.67 |
|---|---|

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | The Credit Union Loan Source | **Describe the property that secures the claim:** | $5,133.87 | $9,425.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

10800 Alpharetta Hwy, Suite 208 #759
Number        Street

Roswell, GA 30076-1417
City            State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
06/10/2016

**Describe the property that secures the claim:**

2015 Kia Forte
Bought on 6/10/2016; Mnthly pymt $301.76

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $5,133.87 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $304,517.54 |

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | | Case number *(if known)* 21-52584 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| 1 | Towne Mill Community Association, Inc. | On which line in Part 1 did you enter the creditor? ___1___ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | 3101 Towercreek Pkwy SE, Suite 150 | |
| | Number       Street | |
| | | |
| | Atlanta, GA 30339-3256 | |
| | City                         State          ZIP Code | |

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Jaime** | **A.** | **Ibarra** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Georgia** | |
| Case number | **21-52584** | | |
| (if known) | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and      ☑ Yes. Fill out this information for
   Debtor 2.                              each dependent..............

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Sibling | 31 | ☐ No.  ☑ Yes. |
| | Sibling | 41 | ☐ No.  ☑ Yes. |
| | | | ☐ No.  ☐ Yes. |
| | | | ☐ No.  ☐ Yes. |
| | | | ☐ No.  ☐ Yes. |

3.  **Do you have expenses include expenses
    of people other than yourself and
    your dependents?**
      ☑ No
      ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $1,709.75 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a.  $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b.  $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c.  $200.00 |
| | 4d. Homeowner's association or condominium dues | 4d.  $64.20 |

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $398.20 |
| | 6b. Water, sewer, garbage collection | 6b. | $117.24 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $264.84 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $900.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $200.00 |
| 10. | **Personal care products and services** | 10. | $155.00 |
| 11. | **Medical and dental expenses** | 11. | $120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $454.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $197.71 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $301.76 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: ____ Wife's car payment ____ | 17c. | $356.56 |
| | 17d. Other. Specify: ____ Wife's credit cards & loan payment ____ | 17d. | $498.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

21.  **Other.** Specify: _____    21.  **+**    _____ $0.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    _____ $5,937.26

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    _____ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    _____ $5,937.26

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.    _____ $5,939.21

    23b. Copy your monthly expenses from line 22c above.    23b.    **–**    _____ $5,937.26

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c.    _____ $1.95

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

    None

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| 9. **Clothing, laundry, and dry cleaning** | $100.00 |
| Wife's clothing expenses | $100.00 |
| 10. **Personal care products and services** | $75.00 |
| Wife's personal care | $80.00 |
| 12. **Transportation: gas, maintenance, bus or train fare** | $250.00 |
| Wife's vehicle expenses | $204.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jaime**  **A.**  **Ibarra** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | **Northern District of Georgia** | |
| Case number (if known) | **21-52584** | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| **1. *Schedule A/B: Property* (Official Form 106A/B)** | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $161,500.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................... | $39,137.79 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................... | $200,637.79 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| **2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)** | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*....... | $304,517.54 |
| **3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)** | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $47,419.47 |
| **Your total liabilities** | $351,937.01 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| **4. *Schedule I: Your Income* (Official Form 106I)** | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................... | $5,939.21 |
| **5. *Schedule J: Your Expenses* (Official Form 106J)** | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................................... | $5,937.26 |

| Debtor 1 | Jaime | A. | Ibarra | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$7,549.91

---

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

---

Official Form 106Sum                **Summary of Your Assets and Liabilities and Certain Statistical Information**                page 2 of 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jaime** | **A.** | **Ibarra** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Georgia** | |
| Case number | **21-52584** | | |
| (if known) | | | |

☑ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                                      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Citizens One Home Loans**<br><br>Description of property securing debt: **4 BR, 3 BA, 2,957 sq. ft., Built 2019**<br>**233 Augusta Walk Canton, GA 30114-7553** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>   **continue to make monthly payments** | ☐ No<br>☑ Yes |
| Creditor's name: **The Credit Union Loan Source**<br><br>Description of property securing debt: **2015 Kia Forte**<br>**Bought on 6/10/2016; Mnthly pymt $301.76** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Debtor 1 | **Jaime** | **A.** | **Ibarra** | Case number *(if known)* 21-52584 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** /s/ Jaime A. Ibarra

Signature of Debtor 1

Date 04/29/2021
MM/ DD/ YYYY

# AMENDED

The Credit Union Loan Source
10800 Alpharetta Hwy, Suite 208 #759
Roswell, GA 30076-1417

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| | * | Case No.   21-52584-sms |
| JAIME A. IBARRA | * | |
| | * | Chapter   7 |
| Debtor. | * | |
| | * | |
| | * | |

**<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>**

I, **Jaime A. Ibarra**, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Date:   April 29, 2021

Signed:  <u>/s/  Jaime A. Ibarra  </u>
       JAIME A. IBARRA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| | * | Case No.   21-52584-sms |
| JAIME A. IBARRA | * | |
| | * | Chapter   7 |
| Debtor. | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I, Patricia Lyda Williams, certify that I am over the age of 18 and that I served a copy of
Debtor's **Amendment to Schedules, Summaries, Statement of Intention, and Mailing Matrix**
to the newly-added creditor and other parties as listed below via the Court's CM/EMC electronic
delivery and/or by U.S. First Class Mail with adequate postage prepaid to ensure delivery.

S. Gregory Hays, Trustee – *CM/ECF*
Hays Financial Consulting, LLC
2964 Peachtree Road NW, Suite 200
Atlanta, GA 30305-2119

Synchrony Bank
c/o PRA Receivables Management, LLC
P. O. Box 41021
Norfolk, VA 23541-1021

The Credit Union Loan Source
10800 Alpharetta Hwy, Suite 208 #759
Roswell, GA 30076-1417

Jaime A. Ibarra
233 Augusta Walk
Canton, GA 30114-7553

Dated: April 29, 2021

/s/  Patricia Lyda Williams
PATRICIA LYDA WILLIAMS
GA Bar No. 763510
patty.williamslaw@gmail.com
Attorney for the Debtor

THE WILLIAMS LAW OFFICE LLC
3675 Crestwood Parkway, Suite 400
Duluth, GA  30096-5054
Phone: (770) 827-6515
Fax: (866) 370-4434